[No. 35844-8-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
EDWARD RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-1-00629-5, Michael F. Moynihan, J.,
entered December 2, 1994. *Affirmed* by unpublished
opinion per Kennedy, A.C.J., concurred in by Becker and
Ellington, JJ.

[No. 16449-3-II.    Division Two.    May 31, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. J.D. ,
*Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 92-8-00693-0, Leonard Costello, J.,
entered September 23, 1992. *Affirmed* by unpublished
opinion per Houghton, A.C.J., concurred in by Bridgewa-
ter and Turner, JJ.

[Nos. 18010-3-II; 18639-0-II.    Division Two.    May 31, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
WAYNE KINCAID, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL
W. KINCAID.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-03298-8, Thomas R. Sauriol, J., entered
January 25, 1994. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Seinfeld, C.J., and Hough-
ton, J.